# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 22-3086**　　　　　　　　　　　　　　　　　　　　**September Term, 2023**

**1:21-cr-00670-CJN-1**

**Filed On: September 25, 2023** [2018663]

United States of America,

　　　　Appellee

　　v.

Stephen K. Bannon,

　　　　Appellant

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for October 12, 2023, at 9:30 A.M.:

　　　　Appellant　　　-　　　10 Minutes

　　　　Appellee　　　-　　　10 Minutes

One counsel per side to argue. The panel considering this case will consist of Circuit Judges Pillard, Walker, and Garcia.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by September 27, 2023.

**Per Curiam**

　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　BY:　　/s/
　　　　　　　　　　　　　　　　Michael C. McGrail
　　　　　　　　　　　　　　　　Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)