UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

————————————

No. 22-3086

————————————

UNITED STATES OF AMERICA, Appellee,

v.

STEPHEN K. BANNON, Appellant.

## APPELLEE'S UNOPPOSED MOTION TO RESCHEDULE ORAL ARGUMENT

Pursuant to D.C. Cir. R. 34(g), appellee, the United States of America, by and through the United States Attorney for the District of Columbia, respectfully requests this Court to reschedule the oral argument in the above-captioned case. Appellant's counsel, David Schoen, Esq., has kindly consented to this request. In support of this motion, the United States submits as follows:

1. The Court has scheduled oral argument in this matter for October 12, 2023, before Circuit Judges Pillard, Walker, and Garcia.

2.　　Due to the unexpected death of the son of appellee's counsel, the United States respectfully requests this Court to reschedule this argument for a time on or after November 6, 2023.

3.　　Counsel for appellant, David Schoen, Esq., has kindly consented to this motion. He has advised that he would be available at any time, other than November 13, 2023, and the period from November 27 through December 1, 2023.

## CONCLUSION

WHEREFORE, the United States respectfully requests that the instant motion be granted.

                        Respectfully submitted,

                        MATTHEW M. GRAVES
                        United States Attorney

                        ELIZABETH H. DANELLO
                        Assistant United States Attorney

                        _____/s/_____
                        CHRISELLEN R. KOLB
                        D.C. Bar #426343
                        Assistant United States Attorney
                        555 Fourth Street, NW, Room 8104
                        Washington, D.C. 20530
                        Chrisellen.R.Kolb@usdoj.gov
                        (202) 252-6829

## CERTIFICATE OF COMPLIANCE WITH RULE 27(d)

I HEREBY CERTIFY pursuant to Fed. R. App. P. 32(g) that this motion contains 171 words, and therefore complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A). This motion has been prepared in 14-point Century Schoolbook, a proportionally spaced typeface.

/s/
CHRISELLEN R. KOLB
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have caused a copy of the foregoing motion to be served by electronic means, through the Court's CM/ECF system, upon counsel for appellant, David Schoen, Esq., at schoenlawfirm@gmail.com, on this 29th day of September, 2023.

/s/
CHRISELLEN R. KOLB
Assistant United States Attorney