# United States Court of Appeals
## For The District of Columbia Circuit

_____

**No. 22-3086**                      **September Term, 2023**

1:21-cr-00670-CJN-1

**Filed On: October 3, 2023** [2020174]

United States of America,

       Appellee

  v.

Stephen K. Bannon,

       Appellant

    **BEFORE:**    Pillard, Walker, and Garcia, Circuit Judges

## O R D E R

Upon consideration of appellee's unopposed motion to reschedule oral argument, it is

**ORDERED** that the motion be granted. This case is hereby removed from the court's October 12, 2023 oral argument calendar and is rescheduled for oral argument on Thursday, November 9, 2023, at 2:00 p.m.

### Per Curiam

                                                 **FOR THE COURT:**
                                                 Mark J. Langer, Clerk

                              BY:    /s/
                                       Michael C. McGrail
                                       Deputy Clerk