# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 22-3086**　　　　　　　　　　　　　　　　**September Term, 2023**

　　　　　　　　　　　　　　　　　　　　　　　　　　　1:21-cr-00670-CJN-1

　　　　　　　　　　　　　　　　　　　　　　　**Filed On: November 9, 2023** [2026227]

United States of America,

　　　　Appellee

　　v.

Stephen K. Bannon,

　　　　Appellant

**BEFORE:**　　Circuit Judges Pillard, Walker, and Garcia

### COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Thursday, November 9, 2023 at 2:03 p.m. The cause was heard as case No. 1 of 1 and argued before the Court by:

　　David I. Schoen, counsel for Appellant.

　　Elizabeth H. Danello (AUSA), counsel for Appellee.

　　　　　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　　　　　BY:　　/s/
　　　　　　　　　　　　　　　　　　　　　　Anne A. Rothenberger
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk