# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **No. 22-3086** | **September Term, 2023** |
| | FILED ON: MAY 10, 2024 |

UNITED STATES OF AMERICA,
    APPELLEE

v.

STEPHEN K. BANNON,
    APPELLANT

Appeal from the United States District Court
for the District of Columbia
(No. 1:21-cr-00670-1)

Before: PILLARD, WALKER, and GARCIA, *Circuit Judges*

### J U D G M E N T

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of conviction and sentence under 2 U.S.C. § 192 be affirmed, in accordance with the opinion of the court filed herein this date.

### Per Curiam

             **FOR THE COURT:**
             Mark J. Langer, Clerk

       BY:  /s/

             Michael C. McGrail
             Deputy Clerk

Date: May 10, 2024

Opinion for the court filed by Circuit Judge Garcia.