# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

———————

**No. 22-3086**                               **September Term, 2023**

1:21-cr-00670-CJN-1

**Filed On:** June 12, 2024

United States of America,

      Appellee

   v.

Stephen K. Bannon,

      Appellant

    **BEFORE:**    Pillard, Walker, and Garcia, Circuit Judges

## O R D E R

Upon consideration of appellant's emergency motion for release pending appeal, it is

**ORDERED** that the government file a response to the emergency motion by 12:00 noon on Monday, June 17, 2024. Any reply is due by 9:00 a.m. on Tuesday, June 18, 2024.

**Per Curiam**

                                                   **FOR THE COURT:**
                                                   Mark J. Langer, Clerk

                                 BY:    /s/
                                          Daniel J. Reidy
                                          Deputy Clerk