# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 22-3086** | **September Term, 2023** |
| | 1:21-cr-00670-CJN-1 |
| | **Filed On:** June 24, 2024 |

United States of America,

    Appellee

    v.

Stephen K. Bannon,

    Appellant

    **BEFORE:**   Pillard, Walker, and Garcia, Circuit Judges

## O R D E R

Upon consideration of appellant's unopposed motion for a 21-day extension of time to file a petition for rehearing en banc, it is

**ORDERED** that the motion be granted. Any petition for rehearing is now due by July 15, 2024.

### Per Curiam

                        **FOR THE COURT:**
                        Mark J. Langer, Clerk

              BY:    /s/
                        Daniel J. Reidy
                        Deputy Clerk