# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 22-3086**　　　　　　　　　　　　　　　**September Term, 2023**

　　　　　　　　　　　　　　　　　　　　　　　　**1:21-cr-00670-CJN-1**

　　　　　　　　　　　　　　　　　　　　　**Filed On:** July 22, 2024

United States of America,

　　　　Appellee

　　v.

Stephen K. Bannon,

　　　　Appellant

## O R D E R

Upon consideration of appellant's petition for rehearing en banc, it is

**ORDERED**, on the court's own motion, that within 15 days of the date of this order, appellee file a response to the petition for rehearing en banc, limited to the question of the meaning of "willfully" in 2 U.S.C. § 192 and whether we should revisit *Licavoli v. United States*, 294 F.2d 207 (D.C. Cir. 1961). The response may not exceed 15 pages. Absent further order of the court, the court will not accept a reply to the response.

　　　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　　　BY:　/s/
　　　　　　　　　　　　　　　　　　Daniel J. Reidy
　　　　　　　　　　　　　　　　　　Deputy Clerk