# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-3086**                    **September Term, 2023**

**1:21-cr-00670-CJN-1**

**Filed On:** July 29, 2024

United States of America,

   Appellee

 v.

Stephen K. Bannon,

   Appellant

  **BEFORE:** Srinivasan, Chief Judge; Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the unopposed motion for invitation to file a brief as amicus curiae in support of rehearing en banc, but in support of neither party, filed by the U.S. House of Representatives, and the lodged brief, it is

**ORDERED** that the motion be granted. The Clerk is directed to file the lodged brief amicus curiae.

### Per Curiam

       **FOR THE COURT:**
       Mark J. Langer, Clerk

     BY: /s/
       Daniel J. Reidy
       Deputy Clerk