# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-3086**

**September Term, 2024**

**1:21-cr-00670-CJN-1**

**Filed On: June 4, 2025** [2119111]

United States of America,

      Appellee

    v.

Stephen K. Bannon,

      Appellant

## M A N D A T E

    In accordance with the judgment of May 10, 2024, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                    **FOR THE COURT:**
                    Clifton B. Cislak, Clerk

      BY:    /s/
                    Daniel J. Reidy
                    Deputy Clerk

Link to the judgment filed May 10, 2024