# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

October 15, 2025

Clerk
United States Court of Appeals for the District of
Columbia Circuit
333 Constitution Avenue, NW
Washington, DC 20001

    Re: Stephen K. Bannon
         v. United States
         No. 25-453
         (Your No. 22-3086)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on October 10, 2025 and placed on the docket October 15, 2025 as No. 25-453.

Sincerely,

**Scott S. Harris**, Clerk

by

Lisa Nesbitt
Case Analyst