# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

May 8, 2026

Clerk
United States Court of Appeals
  for the District of Columbia Circuit
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave., NW, Room 5205
Washington, DC 20001-2866

       **Re:  Stephen K. Bannon**
            **v. United States**
            **No. 25-453 (Your docket No. 22-3086)**

Dear Clerk:

      Attached please find a certified copy of the judgment of this Court in the above-entitled case.

                Sincerely,

                SCOTT S. HARRIS, Clerk

                By

                M. Altner
                Assistant Clerk – Judgments

Enc.
cc:     All counsel of record

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

May 8, 2026

Mr. Michael Blandford Buschbacher, Esq.
Boyden Gray PLLC
800 Connecticut Ave., NW
Suite 900
Washington, D.C. 20006

Mr. D. John Sauer, Esq.
Solicitor General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

> **Re:  Stephen K. Bannon**
> **v. United States**
> **No. 25-453**

Dear Counsel:

Attached please find a certified copy of the judgment of this Court in the above-entitled case.

Sincerely,

SCOTT S. HARRIS, Clerk

By

M. Altner
Assistant Clerk – Judgments

cc:  D.C. Cir.
(Your docket No. 22-3086)

# Supreme Court of the United States

No.  25-453

**STEPHEN K. BANNON,**

Petitioner,

*v.*

**UNITED STATES**

**ON PETITION FOR WRIT OF CERTIORARI** to the United States Court of Appeals for the District of Columbia Circuit.

**THIS CAUSE** having been submitted on the petition for writ of certiorari and the response thereto.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the petition for writ of certiorari is granted. The judgment of the above court in this cause is vacated, and the case is remanded to the United States Court of Appeals for the District of Columbia Circuit for further consideration in light of the pending motion to dismiss the indictment.

April 6, 2026



A True copy SCOTT S. HARRIS

Clerk of the Supreme Court of the United States