# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

**No. 22-3086**                                    **September Term, 2025**

**1:21-cr-00670-CJN-1**

**Filed On: July 8, 2026** [2182333]

United States of America,

       Appellee

    v.

Stephen K. Bannon,

       Appellant

## **O R D E R**

It is **ORDERED**, on the court's own motion, that the court's mandate be recalled.

The Clerk, United States District Court for the District of Columbia is requested to return the mandate forthwith to the United States Court of Appeals for the District of Columbia Circuit.

                      **FOR THE COURT:**
                      Clifton B. Cislak, Clerk

            BY:   /s/
                      Michael C. McGrail
                      Deputy Clerk