# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-3086**                                    **September Term, 2025**

**1:21-cr-00670-CJN-1**

**Filed On:** July 16, 2026

United States of America,

   Appellee

  v.

Stephen K. Bannon,

   Appellant

**BEFORE:** Pillard, Walker, and Garcia, Circuit Judges

## O R D E R

   In light of the Supreme Court's order in <u>Bannon v. United States</u>, No. 25-453 (Apr. 6, 2026), vacating this court's judgment and remanding for further consideration, it is

   **ORDERED**, on the court's own motion, that the parties file motions to govern further proceedings by July 30, 2026.

## **Per Curiam**

          **FOR THE COURT:**
          Clifton B. Cislak, Clerk

      BY: /s/
         Daniel J. Reidy
         Deputy Clerk