# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 22-3086**

**September Term, 2025**

**1:21-cr-00670-CJN-1**

**Filed On:** August 12, 2026

United States of America,

        Appellee

    v.

Stephen K. Bannon,

        Appellant

**BEFORE:**    Pillard, Walker, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the joint motion to govern further proceedings, it is

**ORDERED** that the motion be granted and this case be remanded to the district court with instructions to address the pending motion to dismiss the indictment with prejudice pursuant to Fed. R. Crim. P. 48(a).

The Clerk is directed to issue the mandate forthwith to the district court.

**Per Curiam**

           **FOR THE COURT:**
           Clifton B. Cislak, Clerk

    BY:    /s/
           Michael C. McGrail
           Deputy Clerk