# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 22-3086** **September Term, 2025**

**1:21-cr-00670-CJN-1**

**Filed On: August 12, 2026** **[2187804]**

United States of America,

Appellee

v.

Stephen K. Bannon,

Appellant

## MANDATE

In accordance with the order of August 12, 2026, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk

Link to the order filed August 12, 2026