# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** United States

v.

Stephen K. Bannon

**Case No:** 22-3086

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as  ● Retained  ○ Pro Bono  ○ Appointed (CJA/FPD)  ○ Gov't counsel

for the  ● Appellant(s)/Petitioner(s)  ○ Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Stephen K. Bannon

### Counsel Information

**Lead Counsel:** David I. Schoen

**Direct Phone:** (334) 395-6611   **Fax:** (917) 591-7586   **Email:** Schoenlawfirm@gmail.com

**2nd Counsel:**

**Direct Phone:** (   )    **Fax:** (   )    **Email:**

**3rd Counsel:**

**Direct Phone:** (   )    **Fax:** (   )    **Email:**

**Firm Name:**

**Firm Address:**

**Firm Phone:** (   )    **Fax:** (   )    **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)