UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

———————————

No. 22-3086

———————————

UNITED STATES OF AMERICA,                          Appellee,

   v.

STEPHEN K. BANNON,                                 Appellant.

## ENTRY OF APPEARANCE

The following attorney enters her appearance as counsel for appellee, the United States of America:

> Elizabeth H. Danello
> Assistant United States Attorney
> 601 D Street, N.W., Room 6.232
> Washington, D.C. 20530
> (202) 252-6829
> Elizabeth.Danello@usdoj.gov

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

CHRISELLEN R. KOLB
Assistant United States Attorney

/s/
ELIZABETH H. DANELLO
D.C. Bar #407606
Assistant United States Attorney
601 D Street, NW, Room 6.232
Washington, D.C. 20530
Elizabeth.Danello@usdoj.gov
(202) 252-6829

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of November, 2022, I have caused a copy of the foregoing entry of appearance to be served by electronic means, through the Court's CM/ECF system, upon counsel for appellant, M. Evan Corcoran and David I. Schoen.

/s/
ELIZABETH H. DANELLO
Assistant United States Attorney