# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CRIMINAL DOCKETING STATEMENT
(To be completed by appellant)

1. Appellate Case Number: 22-3086     1a. Criminal Action Number: 1:21-cr-00670-CJN-1
2. Case Name: United States v. Stephen K. Bannon
3. Appellant's Name: Stephen K. Bannon
    3a. Appellant's Defendant No.: 1     3b. Appellant's Fed. Reg/PDID No. 05635-509
4. Date of conviction 7/22/2022     4a. Date of sentence 10/21/2022
5. Name of District Court Judge Hon. Carl J. Nichols
6. Date of Notice of Appeal Filed: 11/04/2022
7. Offense(s) of conviction: Contempt of Congress; 2 U.S.C. Sec. 192 (2 counts)
8. Did appellant plead guilty?     ○ Yes ● No
9. What sentence was imposed? Four (4) months incarceration; $6500 fine (sentence stayed for appeal)
10. How much of the sentence has appellant served? Zero
11. Is appellant challenging the conviction?     ● Yes ○ No
12. Is appellant challenging the sentence?     ● Yes ○ No
13. Has appellant filed a post-conviction motion?     ● Yes ○ No
    If yes, what motion, date filed, and disposition: Motion for new trial filed 8/5/22; denied 9/2/22
14. Is appellant incarcerated?     ○ Yes ○ No
    If yes, where: N/A
    If no, address: 2800 Zelda Road, #100-6, Montgomery, AL 36106     Phone ( 334 ) 395-6611
15. Has appellant moved for release pending appeal in District Court?     ● Yes ○ No
    If yes, date filed 10/21/22     Disposition: Granted 11/7/22
    If no, does defendant intend to file such a motion in the District Court?     ○ Yes ○ No
16. Will appellant file a motion for release pending appeal in court of appeals?     ○ Yes ● No
17. Did appellant have court-appointed counsel in District Court?     ○ Yes ● No
18. Does counsel appointed in District Court wish to continue on appeal?     ○ Yes ● No
19. Did defendant have retained counsel in district court?     ● Yes ○ No
    If yes, will case proceed on appeal with retained counsel?     ● Yes ○ No
    If no, will appellant seek appointment of counsel on appeal?     ○ Yes ● No
    If no, has a motion to proceed in forma pauperis been filed?     ○ Yes ● No
20. Has counsel ordered transcripts?     ● Yes ○ No
21. If yes, from what proceedings: All pretrial, trial, and sentencing; all but one have been received.
22. If yes, when will transcripts be completed? Not yet known
23. Did counsel seek expedited preparation of sentencing transcripts?     ○ Yes ● No

Signature /s/ David I. Schoen     Date 11/22/2022
Name of Party Stephen K. Bannon
Firm Address David I. Schoen, Attorney at Law, 2800 Zelda Road, Suite 100-6, Montgomery, AL 36106
    Phone ( 917 ) 941-7952     Fax ( 917 ) 591-7586

**Note:** In all appeals of sentences of 8 months or less trial counsel is required to prosecute the appeal of the sentence. If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USCA Form 43
August 2009 (REVISED)