# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** United States

v.      **Case No:** 22-3086

Stephen K. Bannon

## TRANSCRIPT STATUS REPORT

○ **Final** - No transcripts are necessary for this appeal as the case was decided on the pleadings.

○ **Final** - All transcripts necessary for the appeal have been completed and received.

**Interim Part I** - The following necessary transcripts have been ordered but not received.

| Date | Type of Proceeding | Court Reporter(s) |
|---|---|---|
| 11/15/2021 | Initial Appearance | FTR Gold |
| | | (To be transcribed by |
| | | Ms. Lorraine Herman) |

**Interim Part II** - The following necessary transcripts have been completed and received.

| | All other transcripts have been received | |
|---|---|---|

**Interim Part III** - State below any additional comments regarding the preparation of the transcripts or the record on appeal which may delay the briefing of this case.

~~The Court reporter has been in touch with me and is working diligently on this, as always. It requires additional time because it has to be transcribed from FTR Gold recording and the Court Reporter has many other pressing cases.~~

Notes: A copy of this report shall be served on each court reporter for which transcripts are outstanding. Please attach additional blank sheets, if necessary, and a certificate of service to this report.

USCA Form 51
August 2009 (REVISED)

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, : : : *Appellee* : v. : : STEPHEN K. BANNON, : : *Appellant*. : : | Docket No. 22-3086 |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of December 2022, a copy of the foregoing Transcript Status Report was served on Ms. Lorraine Herman, the Court Reporter responsible for preparing the transcript at issue, *via* email.

    /s/ David I. Schoen
David I. Schoen (D.C. Bar No. 391408)
David I. Schoen, Attorney at Law
2800 Zelda Road, Suite 100-6
Montgomery, Alabama 36106
Telephone: (334) 395-6611
Facsimile: (917) 591-7586
Email: schoenlawfirm@gmail.com

*Counsel for Appellant Stephen K. Bannon*