# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-3086**  September Term, 2022

1:21-cr-00670-CJN-1

**Filed On:** December 14, 2022

United States of America,

    Appellee

    v.

Stephen K. Bannon,

    Appellant

    **BEFORE:** Millett, Pillard, and Pan, Circuit Judges

## O R D E R

Upon consideration of the motion to establish a briefing schedule and the response thereto, it is

**ORDERED** that the motion be denied. Appellant is directed to notify the court promptly upon receipt of the transcript of his initial appearance in district court.

### Per Curiam

    **FOR THE COURT:**
    Mark J. Langer, Clerk

    BY: /s/
          Tatiana Magruder
          Deputy Clerk