# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** United States

　　　　　　　　　　　v.　　　　　　　　　　　**Case No:** 22-3086

　　　　　　　Stephen K. Bannon

## TRANSCRIPT STATUS REPORT

○ **Final** - No transcripts are necessary for this appeal as the case was decided on the pleadings.

○ **Final** - All transcripts necessary for the appeal have been completed and received.

**Interim Part I** - The following necessary transcripts have been ordered but not received.

| Date | Type of Proceeding | Court Reporter(s) |
|---|---|---|
| 11/15/2021 | Initial Appearance | FTR Gold |
| | | (To be transcribed by |
| | | Ms. Lorraine Herman) |

**Interim Part II** - The following necessary transcripts have been completed and received.

　　　　　　　All other transcripts have been received

**Interim Part III** - State below any additional comments regarding the preparation of the transcripts or the record on appeal which may delay the briefing of this case.

~~The Court reporter estimates that the remaining transcript will be completed by approximately January 15, 2023. Earlier this week the court reporters provided the parties with re-paginated transcripts for previously completed transcripts.~~

Notes: A copy of this report shall be served on each court reporter for which transcripts are outstanding. Please attach additional blank sheets, if necessary, and a certificate of service to this report.

USCA Form 51
August 2009 (REVISED)

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, : : : *Appellee* : v. : : STEPHEN K. BANNON, : : *Appellant*. : | Docket No. 22-3086 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of January, 2023, a copy of the foregoing Transcript Status Report was served on Ms. Lorraine Herman, the Court Reporter responsible for preparing the transcript at issue, *via* email and on all counsel of record via ECF.

    /s/ David I. Schoen
David I. Schoen (D.C. Bar No. 391408)
David I. Schoen, Attorney at Law
2800 Zelda Road, Suite 100-6
Montgomery, Alabama 36106
Telephone: (334) 395-6611
Facsimile: (917) 591-7586
Email: schoenlawfirm@gmail.com

*Counsel for Appellant Stephen K. Bannon*