# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** United States

v.

Stephen K. Bannon

**Case No:** 22-3086

## TRANSCRIPT STATUS REPORT

○ **Final** - No transcripts are necessary for this appeal as the case was decided on the pleadings.

○ **Final** - All transcripts necessary for the appeal have been completed and received.

**Interim Part I** - The following necessary transcripts have been ordered but not received.

| Date | Type of Proceeding | Court Reporter(s) |
|---|---|---|
| 11/15/2021 | Initial Appearance | FTR Gold |
| | | (To be transcribed by |
| | | Ms. Lorraine Herman) |

**Interim Part II** - The following necessary transcripts have been completed and received.

All other transcripts had been ordered and received; however, the court reporters who worked on the case had to re-paginate all transcripts. The re-paginated version of the last of the transcripts already transcribed was provided on January 9, 2023. One transcript remains outstanding and is still in the process of being transcribed from a tape.

**Interim Part III** - State below any additional comments regarding the preparation of the transcripts or the record on appeal which may delay the briefing of this case.

~~The Court reporter had targeted January 15, 2023 to try to complete the outstanding transcript. She has worked diligently at all times and is attending to this while meeting her other obligations to the Court. It should be completed soon.~~

Notes: A copy of this report shall be served on each court reporter for which transcripts are outstanding. Please attach additional blank sheets, if necessary, and a certificate of service to this report.

USCA Form 51
August 2009 (REVISED)

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, : : : *Appellee* : v. : : STEPHEN K. BANNON, : : *Appellant*. : : | Docket No. 22-3086 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of January, 2023, a copy of the foregoing Transcript Status Report was served on Ms. Lorraine Herman, the Court Reporter responsible for preparing the transcript at issue, *via* email and on all counsel of record via ECF.

　　　/s/ David I. Schoen
David I. Schoen (D.C. Bar No. 391408)
David I. Schoen, Attorney at Law
2800 Zelda Road, Suite 100-6
Montgomery, Alabama 36106
Telephone: (334) 395-6611
Facsimile: (917) 591-7586
Email: schoenlawfirm@gmail.com

*Counsel for Appellant Stephen K. Bannon*