# David I. Schoen
Attorney at Law

Admitted in
Alabama
Maryland
New York
District of Columbia

2800 Zelda Road
Suite 100-6
Montgomery, AL 36106

Telephone
334.395.6611

Facsimile
917.591.7586

Email
david@schoenlawfirm.com

January 25, 2023

Honorable Mark J. Langer
Clerk of the Court
United States Court of Appeals
District of Columbia Circuit
Washington, D.C. 20001-2866
* Via ECF *

Re: *United States v. Stephen K. Bannon*, No. 22-3086

Dear Mr. Langer:

    I represent the Appellant, Mr. Stephen K. Bannon, in the above-referenced case. I am writing to you today, pursuant to Sections IX.A.1. and XI.A., *D.C. Circuit Handbook of Practice and Internal Procedures* and consistent with the Notice concerning the scheduling of oral argument that I received today (Doc. #1982959).

    I will be arguing counsel in the case and I will be unavailable, for religious observance reasons, to appear for oral argument on the following dates:

May 25-26, 2023; July 26-27, 2023; September 15 & 18, 2023; September 25-26, 2023; September 29, 2023; October 2, 6, & 9, 2023.

    All other dates should be fine. I thank you in advance for your efforts, to the extent possible, to schedule oral argument in this case for a date that will avoid a conflict with any of the dates specified above.

Respectfully,

*/s/ David I. Schoen*

David I. Schoen
(D.C. Bar No. 391408)
Counsel for Appellant Bannon

cc: All Counsel of Record (via ECF)