# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 22-3086**　　　　　　　　　　　　　　　　　　**September Term, 2022**

　　　　　　　　　　　　　　　　　　　　　　　　　　　1:21-cr-00670-CJN-1

　　　　　　　　　　　　　　　　　　　　　　　**Filed On: March 14, 2023** [1990024]

United States of America,

　　　　Appellee

　　v.

Stephen K. Bannon,

　　　　Appellant

### O R D E R

Upon consideration of appellant's unopposed motion for extension of time to file brief and appendix, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellant's Brief | April 26, 2023 |
| Appendix | April 26, 2023 |
| Appellee's Brief | May 26, 2023 |
| Appellant's Reply Brief | June 16, 2023 |

　　　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　　　BY:　/s/
　　　　　　　　　　　　　　　　　　Catherine J. Lavender
　　　　　　　　　　　　　　　　　　Deputy Clerk