# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-3086**            **September Term, 2022**

**1:21-cr-00670-CJN-1**

**Filed On: April 26, 2023** [1996477]

United States of America,

    Appellee

    v.

Stephen K. Bannon,

    Appellant

## O R D E R

Upon consideration of appellant's motion for extension of time to file brief and appendix, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellant's Brief | May 3, 2023 |
| Appendix | May 3, 2023 |
| Appellee's Brief | June 2, 2023 |
| Appellant's Reply Brief | June 23, 2023 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
Catherine J. Lavender
Deputy Clerk